1  PETER O. GLAESSNER, State Bar No. 093830
   pog@llcllp.com
2  LEORA R. RAGONES, State Bar No. 215423
   lragones@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
5  Telephone:   (510) 433-2600
   Facsimile:    (510) 433-2699

Attorneys for Defendant, NATIONAL CREDIT UNION ADMINISTRATION BOARD, acting as Liquidating Agent for Oakland Municipal Credit Union

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DEAN WRIGHT,<br><br>            Plaintiff,<br><br>      v.<br><br>OAKLAND MUNICIPAL CREDIT UNION, DORA COLEMAN and RICHARD MARK, as individuals,<br><br>            Defendants. | Case No.  3:11-cv-01484-EDL<br><br>**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

The parties, through their attorneys of record, hereby stipulate that the Case Management Conference presently scheduled for July 5, 2011, at 3:00 p.m. shall be continued to July 19, 2011, at 3:00 p.m., or such other date thereafter on the court's calendar permits.  (Note:  Lead counsel for the Liquidating Agent is unavailable July 25 –August 10, 2011.)  All deadlines under the Court: Order Setting Initial Case Management Conference are continued accordingly.

| | |
|---|---|
| Dated: June 10, 2011 | NANCY BALLES, APLC |
| | |
| | By: */s/ Nancy J. Balles* |
| | NANCY J. BALLES |
| | Attorney for Plaintiff, LARRY DEAN WRIGHT |
| | |
| Dated: June 10, 2011 | LOMBARDI, LOPER & CONANT, LLP |
| | |
| | By: */s/ Leora R. Ragones* |
| | LEORA R. RAGONES |
| | Attorneys for Defendant NATIONAL CREDIT UNION ADMINISTRATION BOARD, acting as Liquidating Agent for Oakland Municipal Credit Union |
| | |
| Dated: June 10, 2011 | LAW OFFICES OF AUBREY HUBBERT |
| | |
| | By: */s/ E. A. Hubbert, Jr.* |
| | E. A. HUBBERT, JR. |
| | Attorneys for Defendants DORA COLEMAN and RICHARD MARK |

**ORDER**

The foregoing stipulated matters are so ordered. The Case Management Conference is continued to ~~July 19, 2011 at 3:00 p.m.~~ August 23, 2011 at 10:00 a.m. Joint case management statement shall be filed August 18, 2011.

HON. ELIZABETH D. LAPORTE
MAGISTRATE JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*

00525-40652 POG 598983.1         - 2 -

**STIPULATION FOR CONTINUANCE OF CMC; [PROPOSED] ORDER**

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541