UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DEAN WRIGHT, <br><br> Plaintiff, <br><br> v. <br><br> OAKLAND MUNICIPAL CREDIT UNION, DORA COLEMAN and RICHARD MARK, as individuals, <br><br> Defendants. | Case No.  C-11-01484 EDL <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

Mediation (ADR L.R. 6)

The parties agree to hold the ADR session by:

    The presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

    Other requested deadline _____

Dated:  August 19, 2011                        /Nancy J. Balles/
                                                Nancy J. Balles, Esq.
                                                Attorney for Plaintiff
                                                LARRY DEAN WRIGHT

Dated:  August 19, 2011                        /E.A. Hubbert, Jr./
                                                  E.A. Hubbert, Jr., Esq.
                                                  Attorney for Defendants DORA
                                                COLEMAN and RICHARD MARK

Dated:  August 19, 2011                        /Leora R. Ragones/
                                                  Leora R. Ragones, Esq.
                                                Attorney for Defendant, NATIONAL
                                                CREDIT UNION ADMINISTRATION
                                                BOARD, acting as Liquidating Agent for
                                                Oakland Municipal Credit Union

LRAGONES 600994.1                                - 1 -

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Court Mediation.

Deadline for ADR session 90 days from the date of this order.

Other requested deadline _____

IT IS SO ORDERED.

Dated: __August 22, 2011__

*Elijah D. Laporte*
HONORABLE ELIZABETH D. LAPORTE