IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARRY DEAN WRIGHT,  No. C-11-01484 EDL

    Plaintiff, **ORDER REGARDING DISCOVERY PLAN**

  v.

OAKLAND MUNICIPAL CREDIT UNION,

    Defendant.
_____/

At the August 23, 2011 case management conference, the Court ordered the parties to meet and confer regarding a discovery plan in light of the parties' request to phase discovery. On September 1, 2011, the parties filed a letter regarding their meet and confer efforts, stating that there existed significant areas of disagreement and attaching all of their correspondence regarding the discovery plan. The Court has reviewed the September 1, 2011 filing, but it is unable to readily understand the positions of the parties regarding a discovery plan and therefore cannot provide useful guidance or rule on any outstanding issues. Accordingly, if the parties have not yet resolved their disputes regarding the discovery plan and still seek the Court's guidance or a ruling, they shall file a joint letter that separately sets forth for each section of the discovery plan: (1) one party's proposed language for a section of the plan immediately followed by; (2) the other party's proposed language for the same section of the plan immediately followed by; (3) a brief explanation to support each party's position on the same section. The joint letter shall also set forth any agreements regarding the plan.

**IT IS SO ORDERED.**
Dated: September 8, 2011

                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge