```
PETER O. GLAESSNER, State Bar No. 093830
pog@llcllp.com
LEORA R. RAGONES, State Bar No. 215423
lragones@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendant, NATIONAL CREDIT
UNION ADMINISTRATION BOARD, acting as
Liquidating Agent for Oakland Municipal Credit
Union
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DEAN WRIGHT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OAKLAND MUNICIPAL CREDIT UNION, DORA COLEMAN and RICHARD MARK, as individuals,<br><br>　　　　Defendants. | Case No.  3:11-cv-01484-EDL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PARTIES TO AMEND THEIR PLEADINGS** |

The parties, through their attorneys of record request that the court extend the deadline to file motions to amend their pleadings from October 24, 2011 to November 7, 2011.  This extension is requested to allow the parties additional time to determine what amendments are needed.

Dated:    October 20, 2011

NANCY BALLES, APLC

By:    */s/ Nancy J. Balles*
　　　　NANCY J. BALLES
　　　　Attorney for Plaintiff, LARRY DEAN WRIGHT

00525-40652 LRAGONES 603793.1                               - 1 -

**STIPULATION AND ORDER TO EXTEND TIME TO AMEND PLEADINGS**

| | | |
|---|---|---|
| 1 | Dated: October 20, 2011 | LOMBARDI, LOPER & CONANT, LLP |

By: /s/ *Leora R. Ragones*
PETER O. GLAESSNER
LEORA R. RAGONES
Attorneys for Defendant NATIONAL CREDIT UNION ADMINISTRATION BOARD, acting as Liquidating Agent for Oakland Municipal Credit Union

Dated: October 20, 2011    LAW OFFICES OF AUBREY HUBBERT

By: /s/ *E.A. Hubbert*
E. A. HUBBERT, JR.
Attorneys for Defendants DORA COLEMAN and RICHARD MARK

**ORDER**

The stipulation is so ordered.

Dated: October 24, 2011

*/s/ Elizabeth D. Laporte*
HON. ELIZABETH D. LA PORTE
MAGISTRATE JUDGE