IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DEAN WRIGHT, | No. C -11-01484 EDL |
| Plaintiff, | **ORDER REQUIRING STATUS UPDATE** |
| v. | |
| OAKLAND MUNICIPAL CREDIT UNION, | |
| Defendant. | |

The Court has received the parties' Notice of Partial Settlement. The parties state that they have agreed to further mediate the remaining claim in this case within forty-five days of the December 13, 2011 mediation. Thus, the parties shall file a case status update with the Court no later than February 29, 2012.

**IT IS SO ORDERED.**

Dated: December 16, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge